IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDGAR FELICIANO, ROBERT CHEW, and XEMARIL CRUZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CAMDEN,<br><br>Defendant. | Civil Action No.: 1:12-cv-02213 |

**NOTICE OF MOTION FOR CONDITIONAL CERTIFICATION OF THE COLLECTIVE ACTION AND REQUEST FOR EXPEDITED COURT AUTHORIZED NOTICE TO PROSPECTIVE FLSA COLLECTIVE ACTION MEMBERS**

TO:
William M. Tambussi
Karen A. McGuiness
Gina Marie Roswell
Therese Mary Taraschi
BROWN & CONNERY, LLP
360 Haddon Avenue
Westmont, NJ 08108
Attorneys for Defendant

**PLEASE TAKE NOTICE** that upon the Plaintiffs' Memorandum of Law in Support of Motion for Conditional Certification of the Collective Action and request for Expedited Court Authorized Notice to Prospective FLSA Collective Action Members, the undersigned will move this Court, before the Honorable Ann Marie Donio, United States Magistrate Judge, United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey 08101, on October 7, 2013, or as soon thereafter as counsel may be heard, for an Order conditionally certifying Plaintiffs' Fair Labor

Standard Act claims as a collective action and authorizing notice to prospective FLSA collective action members;

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs shall rely on upon the Memorandum of law enclosed herewith.

Dated: September 13, 2013                                      Respectfully submitted,

/s Andrew I. Glenn
Andrew I. Glenn, Esq.
E-mail:  AGlenn@jaffeglenn.com
New Jersey Bar No.: 026491992
Jodi J. Jaffe, Esq.
E-mail: JJaffe@jaffeglenn.com
New Jersey Bar No.: 022351993
Jaffe Glenn Law Group, P.A.
66 Willow Avenue, Suite 1A
Hoboken, New Jersey 07037
Telephone:  (201) 687-9977
Facsimile:   (201) 595-0308
Attorneys for Plaintiffs
