```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
                     CAMDEN VICINAGE
```

| | |
|---|---|
| EDGAR FELICIANO, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF CAMDEN,<br><br>        Defendant. | Civil No. 12-2213 (AMD) |

## **ORDER OF DISMISSAL**

The Court, by way of Order dated October 26, 2016, denied without prejudice in part Plaintiffs' renewed motion to approve the settlement agreement. (See Order [D.I. 376], 9.) The Court permitted counsel for Plaintiffs to file a "renewed letter request for attorneys' expenses to be submitted **by no later than November 10, 2016**[,]" which "shall include an affidavit with specific costs delineated therein." The Court further stated that "[f]ailure to timely file the request by affidavit may result in dismissal of the claim for attorneys' expenses." (Id. at 10.) The Court notes that Plaintiffs' counsel has not submitted a renewed request for expenses, together with an appropriate affidavit, to the Court for consideration.

Therefore, IT IS on this **22nd** day of **November 2016**, hereby

**ORDERED** that this matter shall be, and is hereby, **DISMISSED WITH PREJUDICE;** and it is further

**ORDERED** that the Clerk of the Court shall mark this matter as **CLOSED.**

s/ Ann Marie Donio<br>
ANN MARIE DONIO<br>
UNITED STATES MAGISTRATE JUDGE